Steven M. Olson, Esq.
          State Bar No. 146120
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 214
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com

Attorney for Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJIT KALIA, aka ANDY KALIA, dba DAYS INN SANTA ROSA, dba VALLEY OF THE MOON PLAZA, and JOY MUKHERJI, aka JOY KALIA, dba DAYS INN SANTA ROSA, and dba VALLEY OF THE MOON PLAZA, | Case No. 09-13249 (Chapter 11) |
| Debtors. | |

—————————————————————/

**EX-PARTE APPLICATION TO EMPLOY GENERAL COUNSEL**
**(Law Office of Steven M. Olson),**
**AND DECLARATION IN SUPPORT THEREOF**

Inderjit Kalia, aka Andy Kalia, dba Days Inn Santa Rosa, dba Valley of the Moon

Plaza, and Joy Mukherji, aka Joy Kalia, dba Days Inn Santa Rosa, and dba Valley of the

Moon Plaza, (the "Debtors-in-Possession"), show as follows:

     1.     The Debtors-in-Possession filed a Voluntary Petition for relief under

Chapter 11 on October 1, 2009.

     2.     The Debtors-in-Possession would like to retain the Law Office of Steven

M. Olson as their general counsel ("General Counsel").

     3.     The Debtors-in-Possession request the employment of General Counsel as

their attorney because they are informed and believe he has extensive experience and

knowledge in the field of business transactions, business litigation, business

reorganization, secured transactions and insolvency. Accordingly, the Debtors-in-

Possession believe that General Counsel is well-qualified to represent them in this

Chapter 11 case.

**EX-PARTE APPLICATION TO EMPLOY GENERAL COUNSEL**
**(Law Office of Steven M. Olson), AND DECLARATION IN SUPPORT THEREOF - Page 1**

1    4.    General Counsel has indicated a willingness to represent the Debtors-in-

2    Possession and to be compensated based on time and standard billable charges, subject to

3    bankruptcy-court approval.  General Counsel received a $42,000 pre-petition retainer.

4    5.    As is set forth in the Declaration of Steven M. Olson below, General

5    Counsel has no known connections with the Debtors, the Debtors' creditors, the United

6    States Trustee, any person employed in the office of the United States Trustee, or any

7    other party in interest, or their respective attorneys and accountants, except for the

8    connections articulated in paragraph 3 of the declaration.  The Debtors-in-Possession

9    believe General Counsel is disinterested and neither holds nor represents any interest

10   adverse to the estate.

11   WHEREFORE, the Debtors-in-Possession pray for an order:

12   1.    Authorizing the Employment of the Law Office of Steven M. Olson as

13   their General Counsel; and

14   2.    Granting the Applicants such other and further relief, at law or in equity,

15   to which they may be justly entitled.

16   DATED: October 22, 2009                    */S/ Inderjit Kalia*
                                         By: _____
17                                            Inderjit Kalia

18

19   DATED: October 22, 2009                    */S/ Joy Mukherji*
                                         By: _____
20                                            Joy Mukherji

21

22   **DECLARATION OF STEVEN M. OLSON**

23   Steven M. Olson declares:

24   1.    I am over eighteen (18) years old, and I am competent to testify as to the

25   matters set forth hereinbelow.

26   2.    I am the sole practitioner of Law Office of Steven M. Olson ("General

27   Counsel").

28   3.    I have reviewed the Debtor-in-Possession's petition and schedules.  I have

**EX-PARTE APPLICATION TO EMPLOY GENERAL COUNSEL
(Law Office of Steven M. Olson), AND DECLARATION IN SUPPORT THEREOF - Page 2**

1  no known connections with the Debtors, the Debtor's creditors, the United States

2  Trustee, any person employed in the office of the United States Trustee, or any other

3  party in interest, or their respective attorneys and accountants, except the following:

4       a.       Sonoma Mortgage, which I am informed and believe is owned and

5  operated by Clem Carinalli, arranged three loans to the Debtors. I am informed and

6  believe that Clem Carinalli and his spouse own and hold two of the secured notes and

7  that the owners of the third secured note include, in addition to the Carinallis, Robert W.

8  Oliver, Trustee, the Oliver Family Trust, Delta Lodge LLC Plan, Susan Oliver, Trustee,

9  Feeney Russian River Ranches L.P., Ty W. Pforsich, and Cindy L. Cook.

10      b.       I am acquainted with Mr. Pforsich socially, as years ago Mr. Pforsich

11 played for a very few games on an adult softball team on which I was a member. I have

12 never represented Mr. Pforsich.

13      c.       Prior to my retention in this case, I have consulted with creditors of the

14 Carinallis over the course of the summer of 2009. None of the creditors with whom I

15 have consulted are the above-listed partial owners of the secured notes of the Debtors. I

16 have not been retained to represent any creditors in the Carinalli Chapter 11 case, nor

17 will I accept any such representation.

18      d.       To my knowledge, I have never represented either of the Carinallis or any

19 of the co-owners of the secured notes on the loans arranged by Sonoma Mortgage.

20      e.       The Debtors acquired one of their parcels, via deed recorded in January of

21 2006, from Ashraf and Yasmin Ali. When I was a shareholder in Geary, Shea,

22 O'Donnell & Grattan, P.C., before I left the firm in January of 2005, I represented the

23 Alis in various matters. I did not represent the Alis in connection with their sale to the

24 Debtors, which occurred after I left Geary, Shea, O'Donnell & Grattan, P.C. I

25 understand that the Alis are not creditors in this case.

26      f.       Sonoma Law Group is a scheduled unsecured creditor in this case. The

27 attorneys in Sonoma Law Group, I believe, referred the Debtors to me. I was previously

28 acquainted with Kevin Veenstra of the Sonoma Law Group, having worked in tandem

**EX-PARTE APPLICATION TO EMPLOY GENERAL COUNSEL**
**(Law Office of Steven M. Olson), AND DECLARATION IN SUPPORT THEREOF - Page 3**

1 with him in representing a few clients over the years. I have never represented Mr.

2 Veenstra or Sonoma Law Group.

3 Notwithstanding these connections, I believe I am disinterested and neither hold nor

4 represent any interest adverse to the estate.

5        4.        In the event circumstances change, causing my firm to hold or represent

6 an interest adverse to the above-described estate, I will advise the Court promptly and

7 take action consistent with my legal and ethical obligations.

8        5.        General Counsel intends to seek approval of compensation for fees and

9 expenses. General Counsel will charge on an hourly-fee basis. At present, my hourly

10 rate is $350 per hour. I anticipate that I will perform all of the services for the Debtors-

11 in-Possession. I received a $42,000 pre-petition retainer from the Debtors.

12        6.        I have not shared or agreed to share, with any outside entity, any portion

13 of the compensation paid or to be paid in connection with this case.

14        I declare under penalty of perjury under the laws of the United States and of the

15 State of California that the foregoing is true and correct.

16 DATED: October 22, 2009                LAW OFFICE OF STEVEN M. OLSON

17

18                                                              */S/ Steven M. Olson*
                                              By:  _____
19                                                              Steven M. Olson

20

21

22

23

24

25

26

27

28

**EX-PARTE APPLICATION TO EMPLOY GENERAL COUNSEL**
**(Law Office of Steven M. Olson), AND DECLARATION IN SUPPORT THEREOF - Page 4**

# CERTIFICATE OF SERVICE

2   I reside in the County of Sonoma, State of California. I am over the age of 18
years and not a party to the within action. My business address is Law Office of Steven
3   M. Olson, 100 E Street, Suite 214, Santa Rosa, CA 95404.

4   On October 22, 2009, I served the within

5   **EX-PARTE APPLICATION TO EMPLOY GENERAL COUNSEL**
**(Law Office of Steven M. Olson),**
6   **AND DECLARATION IN SUPPORT THEREOF**

7   on the parties listed on the attached Service List. I served such parties in the manner
described as follows:
8
/_/ (BY MAIL) I placed a copy of the document in sealed envelopes, with postage
9   thereon fully prepaid for First Class Mail, addressed to such parties as have mailing
addresses set forth on the attached Service List, for collection and mailing at Santa Rosa,
10   California, following ordinary business practices. I am readily familiar with the practice
of Law Office of Steven M. Olson for processing of correspondence, the practice being
11   that in the ordinary course of business, correspondence is deposited in the United States
Postal Service the same day as it is placed for processing.
12
/_/ (BY PERSONAL SERVICE) I caused the document to be delivered by hand to the
13   address(es) noted on the attached Service List.

14   /_/ (BY FACSIMILE) I caused the document to be transmitted by facsimile machine to
such parties as have facsimile numbers set forth on the attached Service List.
15
/X/ (BY EMAIL) I caused the document to be transmitted by Email to such parties as
16   have Email addresses set forth on the attached Service List.

17   I declare under penalty of perjury, under the laws of the United States and of the
State of California, that the foregoing is true and correct. Executed at Santa Rosa,
18   California, on October 22, 2009.

19                                        */S/ Steven M. Olson*
                        By: _____
20                                          Steven M. Olson

21

22

23

24

25

26

27

28

**EX-PARTE APPLICATION TO EMPLOY GENERAL COUNSEL**
**(Law Office of Steven M. Olson), AND DECLARATION IN SUPPORT THEREOF - Page 5**

1      <u>**SERVICE LIST**</u>

2    **<u>U.S. Trustee</u>**
      Patricia Cutler, Esq.
3    Attorney for U.S. Trustee
      U.S. Department of Justice
4    Email: <u>Patricia.Cutler@usdoj.gov</u>

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EX-PARTE APPLICATION TO EMPLOY GENERAL COUNSEL**
<u>**(Law Office of Steven M. Olson), AND DECLARATION IN SUPPORT THEREOF**</u> **- Page 6**